UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAUL HERNANDEZ,<br>    Plaintiff,<br><br>-v-<br><br>RICH-RO DAIRY, LLC,<br>    Defendant. | No. 1:14-cv-1292<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

In accordance with the Order entered on this date (ECF No. 41), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

    **IT IS SO ORDERED**.

Date:   April 15, 2016                             /s/ Paul L. Maloney           
                                                             Paul L. Maloney
                                                              United States District Judge